**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**


WANDA J. GIBBS                                                          PLAINTIFF

v.                                        Case No. 2:17-CV-2105

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                          DEFENDANT


## ORDER

The Court has received proposed findings and recommendations (Doc. 17) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 12th day of July, 2018.


/s/ P. K. Holmes, III

P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE